the Government has not borne its burden of establishing beyond a reasonable doubt that the district court's error was harmless. *See United States v. Walters,* 418 F.3d 461, 464 (5th Cir.2005). Accordingly, Gorton's sentence is VACATED, and the case is REMANDED for further proceedings. *See id.* at 466.

AFFIRMED IN PART; VACATED AND REMANDED IN PART FOR FURTHER PROCEEDINGS.

Before JOLLY, DAVIS, and OWEN, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that Appellee's unopposed motion to vacate sentence is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case to district court for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's alternative motion to extend time to file Appellee's brief until 14 days after denial of motion to vacate and remand is DENIED as unnecessary.

UNITED STATES of America, Plaintiff–Appellee

v.

German GONZALEZ–ANGELES, Defendant–Appellant.

No. 05–51142.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 1, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Henry Joseph Bemporad, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

UNITED STATES of America, Plaintiff–Appellee,

v.

Humberto MEABE–MORALES, Defendant–Appellant.

No. 05–50255.
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Feb. 1, 2006.

---

* Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.